JS-6



1 | David S. Lin (156110), dlinlaw@sbcglobal.net
   | LAW OFFICES OF DAVID S. LIN
2 | 200 S. Los Robles Avenue
   | Pasadena, California 91101
3 | Telephone:  (626) 792-9688
   | Facsimile:  (626) 792-9116
4 |
   | Attorneys for Plaintiff and Counter-Defendants
5 | LBW TECH CO., LLC and LING TANG aka
   | LYNN TANG
6
7
8 | UNITED STATES DISTRICT COURT
9 | CENTRAL DISTRICT OF CALIFORNIA
10
11 | LBW TECH CO., LLC, a Corporation,       )   Case No. CV06-4724-VBF(VBKx
12 |             Plaintiff,                   )   (Hon. Valerie Baker Fairbank)
13 |       vs.                               )   [PROPOSED] ORDER THEREON
14 | DAKTRONICS, INC., a South Dakota        )   RE; DISMISSAL OF THE CASE
    | Corporation; and DOES 1-10, inclusive,  )
15 |                                          )   [FRCP 41(a)(1)]
    |             Defendants.                 )
16 | ───────────────────────────────────     )   Complaint Filed:  July 28, 2006
17 | DAKTRONICS, INC.,                        )   Trial Date:       April 22, 2008
18 |             Counter-claimant,            )
19 |       vs.                               )
20 | LBW TECH CO., LLC.; LING TANG           )
    | aka LYNN TANG; and ROES 1               )
21 | through 25, Inclusive,                   )
22 |             Counter-defendants.          )
23
24
25
26
27
28

FILED
CLERK, U.S. DISTRICT COURT

APR ? 2 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

DK04-0000001
3366338.1

1

## ORDER OF DISMISSAL

The parties, by and through their attorneys of record, have stipulated to a dismissal of the entire action with prejudice:

IT IS HEREBY ORDERED that this action be dismissed with prejudice, in its entirety, pursuant to stipulation of the parties and in accordance with Federal Rule of Civil Procedure 41(a)(1). Each party shall bear her, his or its own costs and attorneys' fees.

DATED: 4-22-08

_____
HONORABLE VALERIE BAKER FAIRBANKS
UNITED STATES DISTRICT JUDGE

LAW OFFICES
HAIGHT, BROWN &
BONESTEEL, L.L.P.
Los Angeles

DK04-0000001
3366338.1

2